63 So.2d 900

### Thomas C. TERRY, Jr. v. STATE.
### 2 Div. 318.

Supreme Court of Alabama.
March 19, 1953.

T. G. Gayle, John W. Lapsley and H. C. Berry, Selma, for petitioner.

Si Garrett, Atty. Gen. and M. Roland Nachman, Jr., Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Thomas C. Terry, Jr., for certiorari to the Court of Appeals to re-

view and revise the judgment and decision of that Court in the case of Terry v. State, Ala.App., 63 So.2d 898.

Writ denied.

LIVINGSTON, C. J., and BROWN and SIMPSON, JJ., concur.